

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00064-CV

| | | |
|---|---|---|
| KELLY THOMAS, Appellant | § | On Appeal from |
| V. | § | County Court at Law No. 2 |
| | § | of Denton County (CV-2016-01764) |
| CARL PUGLIESE; SETH JOHNS, CMO OF CARL'S HANDYMAN; AND CULPEPPER PLUMBING & AIR CONDITIONING, INC., Appellees | § | July 11, 2019 |
| | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
        Justice Elizabeth Kerr